**Ivan VINSON, Appellant,**

v.

**Joan SMITH, Correctional Officer, Cross Roads Correctional Center; Wood, Correctional Officer, Cross Roads Correctional Center; Cary E.**

mendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

Grant, Correctional Officer, Cross Roads Correctional Center; Brewington, Correctional Officer, Cross Roads Correctional Center; Girtz, Manager, Housing Unit #5, Cross Roads Correctional Center; Michael Kemna, Superintendent, Cross Roads Correctional Center; Nurse Lowery, Cross Roads Correctional Center; Rogers, Correctional Officer, Cross Roads Correctional Center; Cox, Correctional Officer, Cross Roads Correctional Center; Rush, Correctional Officer, Cross Roads Correctional Center; Acle Jenkins; D. Allen; Brad Clark; Chet Lindstrom; Michael G. Short; Clarence E. Denzer; Russell Hollowell; Jean Ann Johnson; Terry Page; Shanna Kroush; Edward E. Ruppel; Jeff Taul; Christopher Smith, Appellees.

No. 02–3785.

United States Court of Appeals, Eighth Circuit.

Submitted March 31, 2003.

Decided April 30, 2003.

Before MELLOY, HEANEY, and SMITH, Circuit Judges.

PER CURIAM.

Ivan Vinson, an inmate confined at the Northeast Correctional Center in Bowling Green, Missouri, brought several claims pursuant to 42 U.S.C. § 1983 against staff members at the prison. The district court granted summary judgment in favor of the defendants, and Vinson appeals. Having carefully reviewed the record, we agree that the district court's grant of summary judgment was proper, and therefore affirm. *See* 8th Cir. R. 47B.

A true copy.